MARY H. GALE, PLAINTIFF IN ERROR, VS. J. B. ANDER-
SON, AS CASHIER OF THE EXCHANGE NATIONAL
BANK, A CORPORATION, DEFENDANT IN ERROR.

Appellate practice—Abstracts of record must contain assign-
ments of error.
Where a cause is submitted upon abstracts of the record without
any exceptions thereto, the appellate court will consider the
same under its rules upon such abstracts alone, without ref-
erence to the transcript of record, and where such abstracts
do not contain any assignment of errors the cause will be
dismissed.

Writ of Error to the Circuit Court for Hillsborough
County.

*Wall & Stevens,* for Plaintiff in Error.

*C. C. Whitaker,* for Defendant in Error.

PER CURIAM.

This cause being reached in its regular order on the
docket for final adjudication, was referred by the court to
its Commissioners for examination, and they report the
cause to have been submitted upon abstracts of the record
without exception thereto, and that no assignments of
error are set forth in said abstracts of the record, the court
upon examination finding this report to be correct, it is,
therefore, hereby ordered that the said cause be, and the
same is hereby, dismissed at the cost of the plaintiff in
error.